THE PEOPLE ex rel. THE COMMISSIONERS OF PUBLIC CHARITIES, Respondents, *v.* EDMUND MOFFETT, Appellant.

*People ex rel. Comrs. Public Charities,* v. *Moffett,* 19 App. Div. 631, affirmed.

(Argued April 18, 1900; decided May 8, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1897, affirming an order of the Court of Special Sessions of the city and county of New York, which modified an order of a magistrate of said city adjudging the defendant to be a disorderly person.

*Howard A. Sperry* for appellant.

*John Whalen, Corporation Counsel* (*Adrian T. Kiernan* and *Theodore Connoly* of counsel), for respondents.

Order affirmed; no opinion.

Concur: BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: PARKER, Ch. J. Not voting: O'BRIEN, J. Dissenting: MARTIN, J.